

# Fourth Court of Appeals
## San Antonio, Texas

September 26, 2018

No. 04-17-00058-CR

David Alexander **ZUNIGA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4390B
Honorable Sid L. Harle, Judge Presiding

# O R D E R

On July 25, 2018, we abated this *Anders* appeal to the trial court for appointment of new counsel to prepare and file an appellant's brief on the merits. A supplemental clerk's record containing the trial court's order appointing counsel was filed on September 19, 2018. Prior to that date, the appellant's "Second Brief" was submitted on August 17, 2018. The State's response brief was submitted on September 21, 2018. It is ORDERED that this appeal is REINSTATED on the docket of this court and the appellant's brief and the State's brief are deemed filed on the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of September, 2018.

_____
Keith E. Hottle
Clerk of Court